UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN AYRES, TIMOTHY LANG,
ARTHUR LITTLE, LARRY PUSKAR,
and JAY SPENCER,

       Plaintiffs,

vs.

Case No. 04-CV-71802

HON. GEORGE CARAM STEEH

RONALD BALOUSEK,

       Defendant

vs.

JAY SPENCER,

       Third-Party Defendant
_____/

## J U D G M E N T

The above entitled matter has come before the court on the parties' cross-motions for summary judgment, and in accordance with the court's order granting defendant's motion for summary judgment and denying plaintiffs' motion for summary judgment entered on August 22, 2005.

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of defendant.

                         DAVID J. WEAVER
                         CLERK OF THE COURT

                         BY: s/Josephine Chaffee
                            DEPUTY COURT CLERK

Dated: August 22, 2005